UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                                                      Case No. 09-20535

                                                                     Honorable Sean F. Cox

Daniel Curtis Morgan,

    Defendant.

_____/

## ORDER REVOKING BOND
## AND DETAINING DEFENDANT PENDING SENTENCING

Defendant Daniel Morgan pleaded guilty to possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B). Pursuant to 18 U.S.C. § 3143(a)(2), Defendant's bond is hereby REVOKED and Defendant is ORDERED to be DETAINED by the United States Marshal's Service for transfer to the custody of the Bureau of Prisons.

IT IS SO ORDERED.

                                                      S/Sean F. Cox
                                                      Sean F. Cox
                                                      United States District Judge

Dated: March 19, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 19, 2010, by electronic and/or ordinary mail.

                                                      S/Jennifer Hernandez
                                                     Case Manager